### Pierce's Estate.

*Appeals—Interlocutory order—Partition—Decree awarding inquest.*

No appeal lies from a decree of the Orphans' Court awarding an inquest in partition.

Argued April 12, 1916. Appeal, No. 91, April T., 1916, by Amos Pierce, from decree of O. C. Warren Co., Dec. T., 1908, No. 18, awarding partition in Estate of Marsh Pierce, deceased. Before ORLADY, P. J., HENDERSON, KEPHART, TREXLER and WILLIAMS, JJ. Appeal quashed.

Exceptions to auditor's report in partition.

*Error assigned* was in dismissing exceptions to auditor's report and awarding partition.

*Sidney D. Blackman,* with him *R. W. Stone,* for appellant.

*C. E. Bordwell,* for appellee.

OPINION BY ORLADY, P. J., July 18, 1916:

In Wistar's Appeal, 115 Pa. 241, it was held that an appeal from the decree of the Orphans' Court awarding an inquest does not lie, and following this, the court below having properly refused to stay the proceeding, the appeal is quashed.